JS-6

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOA GIBSON, <br>     Plaintiff, <br> vs. <br> AETNA LIFE INSURANCE COMPANY AND MOVE, INC. WELFARE BENEFIT PLAN <br>     Defendants. | CASE NO. CV 17-5797-GW(GJSx) <br> *Judge Hon. George H. Wu* <br> Courtroom: 10 <br> **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br> Complaint filed: 8/14/2017 |

The parties having stipulated that this matter has been resolved in its entirety with each side to bear its own attorney's fees and costs, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED

Dated: March 6, 2018

                                                      Honorable George H. Wu
                                                      United States District Judge